United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AURORA CELIS,<br><br>    Plaintiff,<br><br>    v.<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>    Defendant. | Case No.  14-cv-01602-JST<br><br>**MINUTE ORDER NOTING DISMISSAL**<br><br>Re: ECF No. 16 |

The parties have filed a stipulation of dismissal dated July 30, 2014, stating that they have agreed to dismiss this action. ECF No. 16. Since the stipulation is signed by all parties who have appeared, it is effective without court order pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

This case has been dismissed with prejudice. The Clerk shall close the file.

**IT IS SO ORDERED**.

Dated: July 30, 2014

_____
JON S. TIGAR
United States District Judge